UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1995
(1:25-cv-00417-WO-LPA)
(1:25-cv-00302-WO-LPA)

_____

In re: CHARITY MAINVILLE

        Petitioner

---

This case has been opened as an original proceeding in this court. The district court is receiving this notice for informational purposes.

| Originating Court | United States District Court for the Middle District of North Carolina at Greensboro |
|---|---|
| Date Petition Filed: | 08/25/2025 |
| Petitioner | Charity Mainville |
| Appellate Case Number | 25-1995 |
| Case Manager | Cyndi Halupa<br>804-916-2702 |