FILED:  October 21, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 25-1995
(1:25-cv-00417-WO-LPA)
(1:25-cv-00302-WO-LPA)

———————————

In re: CHARITY MAINVILLE

Petitioner

———————————

O R D E R

———————————

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 40 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Niemeyer, Judge King, and Judge Quattlebaum.

For the Court

/s/ Nwamaka Anowi, Clerk