FILED: November 18, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1995
(1:25-cv-00417-WO-LPA)
(1:25-cv-00302-WO-LPA)

_____

In re: CHARITY MAINVILLE

Petitioner

_____

O R D E R

_____

Upon consideration of submissions relative to petitioner's response to clerk's letter and motion to correct opinion, which the court construes as a motion to reconsider its Local 40(h) notice and accept the motion to correct or amend the court's opinion, the court denies the motion.

For the Court

/s/ Nwamaka Anowi, Clerk